No. 75–1400. PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1436. OIL SHALE CORP. ET AL. *v.* KLEPPE, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.

No. 75–1458. ROBERTS *v.* OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 75–1471. CIVIC TELECASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1509. PHILLIPS *v.* FORD, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–1563. AHLMAN ET UX. *v.* DURBIN ET AL. Sup. Ct. Ky. Certiorari denied.

No. 75–1570. KANSAS *v.* FARHA ET AL. Sup. Ct. Kan. Certiorari denied.

No. 75–1573. RICHARDS *v.* HOWARD UNIVERSITY ET AL. Ct. App. D. C. Certiorari denied.

No. 75–1589. ALCOR AVIATION, INC. *v.* RADAIR, INC. C. A. 9th Cir. Certiorari denied.

No. 75–1601. GOODMAN ET AL. *v.* LIZZA & SONS, INC., ET AL. Super. Ct. N. J. Certiorari denied.

No. 75–1603. DITLOW *v.* PAN AMERICAN WORLD AIRWAYS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1607. LACKAWANNA POWER SQUADRON ET AL. *v.* HINDEN ET AL. Sup. Ct. N. J. Certiorari denied.